JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California
   Telephone: (415) 436-6401
   Facsimile: (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. 08-0083 PJH |
|    Plaintiff, ) | |
| ) | PETITION FOR AND WRIT OF HABEAS |
| v. ) | CORPUS AD PROSEQUENDUM |
| LORENZO CARBAJAL, ) | |
|    Defendant. ) | |

To:   The Honorable James A. Larson, Magistrate Judge for the United States District Court for the Northern District of California:

     The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner LORENZO CARBAJAL. The prisoner is required to appear in the above-referenced matter before this Court for his initial appearance and arraignment. His place of custody and jailor are set forth in the following proposed writ.

WRIT AD PROSEQUENDUM
08-0083 PJH

```
                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          /s/ Nicole M. Kim
Dated: March 4, 2008                      _____

                                          NICOLE M. KIM
                                          Assistant U.S. Attorney


IT IS SO ORDERED.



Dated:_____               _____
                                          HON. JAMES A. LARSON
                                          United States Magistrate Judge
```

WRIT AD PROSEQUENDUM
08-0083 PJH

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   Federico Rocha, United States Marshal, Northern District of California, and/or any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Correctional Center, Susanville, California:

**GREETINGS**

The prisoner, LORENZO CARBAJAL, CDC number F95180, is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him before the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND the you produce the prisoner in this Court forthwith **no later than April 1, 2008 at 9:30 a.m.** You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James A. Larson, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated:                                          CLERK OF THE COURT,
                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA


                                                By:_____
                                                    DEPUTY CLERK

WRIT AD PROSEQUENDUM
08-0083 PJH

3