1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NICOLE M. KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California
      Telephone:  (415) 436-6401
7     Facsimile: (415) 436-6982
      E-Mail:  nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR. 08-0083 PJH
                                     )
15         Plaintiff,                )
                                     )   PETITION FOR AND WRIT OF HABEAS
16      v.                           )   CORPUS AD PROSEQUENDUM
                                     )
17  LORENZO CARBAJAL,                )
                                     )
18                                   )
                                     )
19                                   )
           Defendant.                )
20  _____)

21

22  To:    The Honorable James A. Larson, Magistrate Judge for the United States District Court
           for the Northern District of California:
23
           The United States of America respectfully petitions the Court to issue a Writ of Habeas
24
    Corpus Ad Prosequendum for the prisoner LORENZO CARBAJAL.  The prisoner is required to
25
    appear in the above-referenced matter before this Court for his initial appearance and
26
    arraignment.  His place of custody and jailor are set forth in the following proposed writ.
27

28

    WRIT AD PROSEQUENDUM
    08-0083 PJH

|     |     |
| --- | --- |
|     | Respectfully submitted, |
|     | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 4, 2008 | /s/ Nicole M. Kim |
|     | NICOLE M. KIM<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated: March 5, 2008

HON. JAMES A. LARSON
United States Magistrate Judge

WRIT AD PROSEQUENDUM
08-0083 PJH

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   Federico Rocha, United States Marshal, Northern District of California, and/or any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Correctional Center, Susanville, California:

**GREETINGS**

The prisoner, LORENZO CARBAJAL, CDC number F95180, is now in custody in the above-referenced institution.  He is required to appear on criminal charges now pending against him before the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND the you produce the prisoner in this Court forthwith **no later than April 1, 2008 at 9:30 a.m.**  You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James A. Larson, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 5, 2008

CLERK OF THE COURT,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:  Venice E. Thomas
     DEPUTY CLERK

WRIT AD PROSEQUENDUM
08-0083 PJH

3