JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> GUILLERMO ALEJANDRO ) <br> ZARAGOZA, et al; ) <br> ) <br>    Defendants. ) | No. CR 08-0083 PJH <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

     The parties appeared before the Court on March 12, 2008 at 1:30 p.m.  All eleven defendants were in custody.  Defendant Guillermo Zaragoza appeared with his attorney Eric Hairston; defendant Manuel Corona also appeared with attorney Eric Hairston, who appeared specially for attorney Nina Wilder; defendant Irma Corona appeared with her attorney Garrick Lew; defendant Paul Kozina appeared with his attorney John Cline; defendant David Quezada appeared with his attorney Steve Teich; defendant Angelica Rodriguez appeared with her

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**    1

1  attorney Seth Chazin; defendant Martel Valencia appeared with his attorney Robert Waggener;
2  defendant Eduardo Zaragoza appeared with his attorney Claire Leary; defendant Martin Zaragoza
3  appeared with his attorney Gail Shiffman; and defendant Richard Parodi appeared with attorney
4  Michelle Thomas, who appeared specially for attorney Douglas Rappaport.  Defendant David
5  Weld was not present and his appearance was waived by his attorney Brian Berson.  In addition,
6  defendant Roberto Ruiz remains at-large, defendant Lorenzo Carbajal is in state custody and a
7  writ has been submitted to produce the defendant on this matter, and defendant Juan Zaragoza
8  was arrested on February 27, 2008 in the Eastern District of California and is currently in transit
9  to this district.  Attorney Robert Lyons was also present and represented to the Court that he may
10 become counsel of record for defendant Martel Valencia at the request of the defendant's family.
11         At the March 12, 2008, the parties jointly requested a continuance of this case until May
12 21, 2008 at 1:30 p.m.  The parties agreed in open Court, with their attorney's concurrence, that
13 the case should be declared factually complex.  The parties represented that the underlying
14 investigation involves multiple wiretaps with most of the wire interceptions in Spanish.  In
15 addition, several thousands of pages of discovery have already been produced or in the process of
16 being produced.  This discovery includes audio calls from the wire interceptions as well as draft
17 transcripts of the interceptions.  Accordingly, the parties agreed, the entire period from the
18 inception of this case through and including May 21, 2008, should be excluded from the
19 otherwise applicable Speedy Trial Act computation, because the factual complexity renders it
20 unreasonable to expect adequate and effective preparation for pretrial proceedings and for the
21 trial within the otherwise applicable time limits set forth in the Speedy Trial Act.
22         Based upon the above-described representations and the parties's agreement in open
23 Court, the Court FINDS THAT the ends of justice served by granting a continuance from the
24 inception of this case through and including May 21, 2008 outweigh the best interest of the
25 public and the defendants in a speedy trial, and that the case is so factually complex, due to the
26 number of defendants and the nature of the prosecution, that it is unreasonable to expect effective
27 and adequate preparation for pretrial proceedings and for the trial within the otherwise applicable
28 time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A)

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**     2

1  and (B)(ii) and (iv).

2  Accordingly, the Court ORDERS THAT:

3  1. This case is continued to May 21, 2008 at 1:30 p.m. for further status and for
4  possible setting of motions and trial dates.

5  2. The period from the inception of this case through and including May 21, 2008 is
6  excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(ii) and (iv).

10  Dated: March __, 2008

    HON. PHYLLIS J. HAMILTON
11  United States District Judge