JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone: (415) 436-6401
   Fax: (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> LORENZO CARBAJAL, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 08-0083 PJH <br><br> [P~~ROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

      The parties appeared before the Court on April 9, 2008 at 1:30 p.m.  Defendant Lorenzo Carbajal appeared in custody with attorney Ismail Ramsey.  The United States was represented by Assistant U.S. Attorney Nicole M. Kim.  The parties requested a continuance of this case until May 21, 2008 at 1:30 p.m.  The parties agreed, with their attorney's concurrence, that the case is factually complex based on the multiple wiretaps with most of the wire interceptions in Spanish.  In addition, the Government represented that discovery has already been provided to defendant's counsel and additional discovery is in the process of being produced.  Accordingly, the parties

**Speedy Trial Act Order**
**U.S. v. Lorenzo Carbajal (08-0083 PJH)**     1

1 | agreed that the entire period from the inception of this case through and including May 21, 2008
2 | should be excluded from the otherwise applicable Speedy Trial Act computation because the
3 | factual complexity renders it unreasonable to expect adequate and effective preparation for
4 | pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the
5 | Speedy Trial Act.
6 |     Based upon the above-described representations and the parties's agreement in open
7 | Court, the Court FINDS THAT the ends of justice served by granting a continuance from the
8 | inception of this case through and including May 21, 2008 outweigh the best interest of the
9 | public and the defendant in a speedy trial, and that the case is so factually complex, due to the
10 | number of defendants and the nature of the prosecution, that it is unreasonable to expect effective
11 | and adequate preparation for pretrial proceedings and for the trial within the otherwise applicable
12 | time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A)
13 | and (B)(ii) and (iv).
14 |     Accordingly, the Court ORDERS THAT:
15 |     1.    This case is continued to May 21, 2008 at 1:30 p.m. for further status and for
16 | possible setting of motions and trial dates.
17 |     2.    The period from the inception of this case through and including May 21, 2008 is
18 | excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §
19 | 3161(h)(8)(A) and (B)(ii) and (iv).
20 |
21 |
22 | Dated: April __10__, 2008
23 |
24 |
25 |
26 |
27 |
28 |



IT IS SO ORDERED

Judge Phyllis J. Hamilton

**Speedy Trial Act Order**
**U.S. v. Lorenzo Carbajal (08-0083 PJH)**    2