ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Lorenzo Carbajal*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO ALEJANDRO ZARAGOZA, ET AL.<br><br>Defendants. | Case No.: CR08-00083 PJH<br><br>**APPLICATION AND [PROPOSED] ORDER PERMITTING DEFENDANT LORENZO CARBAJAL TO USE AN MP3 AUDIO PLAYER AT GLENN DYER DETENTION FACILITY TO REVIEW DISCOVERY**<br><br>Judge Phyllis J. Hamilton<br><br>Date: May 5, 2008<br>Dept: Courtroom 3, 17th Floor |

[PROPOSED] ORDER RE: MP3 AUDIO PLAYER

Defendant Lorenzo Carbajal has been indicted on one count of distribution of methamphetamine, and one count of conspiracy to distribute methamphetamine.  He is currently incarcerated at the Glenn Dyer detention facility in Oakland, California.  He hereby moves the court for an order directing the administration of the Glen Dyer detention facility to allow him use and possession of an approved MP3 audio player for the purpose of reviewing discovery produced by the United States in this case.

The charges against Defendant Carbajal arise from a law enforcement investigation that included significant, long-term wire surveillance of several defendants.  Consequently, the discovery includes over 3,800 phone calls, the majority of which are in Spanish.  In order to assist counsel's preparation, defendant Carbajal should be permitted to review this discovery at the Glen Dyer detention facility.

Accordingly, Defendant Carbajal requests the following order permitting him use and possession of the MP3 audio player.

DATED: May 5, 2008          RAMSEY & EHRLICH LLP


                            By:  //s// Ismail Ramsey
                                 Ismail Ramsey
                                 Miles Ehrlich
                                 Felicia Gross


                            *Attorneys for Defendant Lorenzo Carbajal*

**ORDER**

TO ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GLENN DYER DETENTION FACILITY:

You are hereby directed to permit the following defendant to use an approved MP3 audio player in order to review discovery at Glenn Dyer detention facility:

LORENZO CARBAJAL

Defendant Carbajal shall be permitted to have his own device.  The MP3 player shall be delivered

[PROPOSED] ORDER RE: MP3 AUDIO PLAYER

1 to Inmate Services, or to Defendant Carbajal by above-listed counsel, Ramsey & Ehrlich LLP, as
2 directed by the facility's administrator.
3 **IT IS SO ORDERED**.
4
5
6 DATED: May __, 2008          By: _____
                                    Hon. Phyllis J. Hamilton
7                                   Judge, United States District Court

**[PROPOSED] ORDER RE: MP3 AUDIO PLAYER**