ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Lorenzo Carbajal*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR08-00083 PJH |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| GUILLERMO ALEJANDRO ZARAGOZA, ET AL. | Judge Phyllis J. Hamilton |
| Defendants. | |

**NOTICE OF APPEARANCE**

| | |
|---|---|
|1| |
|2|Notice is hereby given that Felicia Gross is appearing as counsel for defendant LORENZO|
|3|CARBAJAL, along with Ismail Ramsey and Miles Ehrlich of RAMSEY & EHRLICH LLP, in|
|4|the above-entitled action.  All further notice and copies of pleadings, papers, and other materials|
|5|relevant to this action shall be served upon the following:|

Ismail Ramsey
izzy@ramsey-ehrlich.com
Miles Ehrlich
miles@ramsey-ehrlich.com
Felicia Gross
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

DATED:  May 27, 2008                    RAMSEY & EHRLICH LLP


    //s// Felicia Gross
Ismail Ramsey
Miles Ehrlich
Felicia Gross

*Attorneys for Defendant Lorenzo Carbajal*

**NOTICE OF APPEARANCE**